UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TYRONE HURT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-00939-JMS-DKL |
| ) | |
| THE COUNTRY OF GERMANY, *et al.* ) | |
| ) | |
| Defendants. ) | |

**Entry Dismissing Action and Directing Entry of Final Judgment**

This action was filed by Tyrone Hurt (a/k/a Tyrone Hunt) a citizen of the District of Columbia. The defendants are The Country of Germany and two illegible defendants.

The plaintiff's motion for leave to proceed *in forma pauperis* [dkt. 2] is **denied** because he has failed to demonstrate that he is eligible to proceed in that fashion.

As previously mentioned in *Hunt v. Hinson,* 1:14-cv-1781-TWP-TAB (S.D. Ind. November 5, 2014), the PACER Case Locator reflects that Mr. Hurt is a frequent filer of frivolous litigation under both the surnames Hurt and Hunt. See *Hurt v. Paige,* No. 13-1412 (7th Cir. Apr. 5, 2013); *Hurt v. D.C. Government,* No. 13-1413 (7th Cir. Apr. 5, 2013). He has had filing restrictions placed upon him by the federal courts for the District of Columbia, the Eastern District of California and the District of Massachusetts for filing vexatious litigation. See *Hurt v. D.C. Parole Board*, 13-11800-DJC (D. Mass. November 20, 2013) (discussing filing restrictions).

The complaint in this case is almost entirely illegible, and to the extent it is not, the claims and allegations are frivolous. Therefore, the complaint fails to state a claim upon which relief may be granted and is otherwise frivolous. On these grounds, the complaint is subject to dismissal. *See*

*Hoskins v. Poelstra*, 320 F.3d 761, 762 (7th Cir. 2003) ("District judges have ample authority to dismiss frivolous or transparently defective suits spontaneously, and thus save everyone time and legal expense.").

The plaintiff's recent submissions in other cases in this district reflect that the opportunity to file a legible complaint would not bear fruit. *See Hurt v. United States of America,* Cause No. 1:14-cv-01846-TWP-DKL (S.D. Ind. Dec. 9, 2014) (failed to file legible amended complaint after being given opportunity to do so), *Hurt v. United States House of Representatives,* Cause No. 1:14-cv-01847-JMS-DKL (illegible complaint filed), *Hurt v. United States of America,* Cause No. 1:14-cv-01866-LJM-TAB (illegible complaint filed). Accordingly, this action is dismissed.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 06/17/2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

TYRONE HURT
422 Chesapeake St. SE, #33
Washington, DC 20032